IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LEOTI MANU,                Petitioner,         vs.  DEPARTMENT OF HOMELAND SECURITY,                Respondent. | Civ. No. 18-00219 SOM-KSC  ORDER GRANTING DEPARTMENT OF HOMELAND SECURITY'S REQUEST THAT MANU'S PETITION BE DISMISSED AS MOOT. |

**ORDER GRANTING DEPARTMENT OF HOMELAND SECURITY'S REQUEST THAT MANU'S PETITION BE DISMISSED AS MOOT**

On June 8, 2018, Petitioner Leoti Manu filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, while in the Department of Homeland Security's custody pending removal to Samoa. ECF No. 1. The petition alleges that Manu's detention is in violation of 8 U.S.C. § 1231(a)(6) and requests that this court order his release. *See id.* at PageID # 2.

On June 29, 2018, the Department of Homeland Security filed a notice informing the court that Manu was removed from the United States on June 22, 2018, and requesting that Manu's petition be dismissed as moot. *See* ECF No. 8, PageID # 42; ECF No. 8-1, PageID #45. The Department argues that Manu's petition is moot because it "seeks immediate release from immigration custody pending resolution of Manu's removal from the United States," but "petitioner was released from immigration custody

when he was removed." ECF No. 8, PageID #s 43-44 (citing *Picrin-Peron v. Rison*, 930 F.2d 773, 776 (9th Cir. 1991)).

The court agrees that no further relief can be granted on Manu's petition. *See Picrin-Person*, 930 F.2d at 776 ("By his petition for habeas corpus, Picrin-Peron has requested only release from custody. Because he has been released, there is no further relief we can provide."). As a result, the court dismisses Manu's petition as moot. The Clerk of Court is directed to enter judgment and close this case.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 29, 2018.



/s/ Susan Oki Mollway

Susan Oki Mollway
United States District Judge

Manu v. Department of Homeland Security, Civ. No. 18-00219 SOM-KSC; ORDER GRANTING DEPARTMENT OF HOMELAND SECURITY'S REQUEST THAT MANU'S PETITION BE DISMISSED AS MOOT.